**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NHON THU TO, | Case No. 5:26-cv-01844-WLH-AJR |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| MARK BOWEN, ET AL., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The deadline to file objections has passed and no objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS **ORDERED** that the Petition is **GRANTED**.  Respondents shall immediately release Petitioner from custody on his prior Order of Supervision and immediately return any confiscated property and documents to Petitioner.  Respondents shall not re-detain Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i).  Respondents shall not attempt to remove Petitioner to any country other than Vietnam without first providing written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. §

1231(b)(3).  Respondents shall reimburse Petitioner for $5.00 in costs within thirty (30) days.  Respondents shall file a notice of compliance within twenty-four hours of the entry of Judgment.

IT IS FURTHER **ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

**IT IS SO ORDERED**.

DATED: June 1, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2