

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NHON THU TO,

        Petitioner,

    v.

MARK BOWEN, ET AL.,

        Respondents.

Case No. 5:26-cv-01844-WLH-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, it is hereby adjudged that the Petition is **GRANTED**. Respondents shall immediately release Petitioner from custody on his prior Order of Supervision and immediately return any confiscated property and documents to Petitioner. Respondents shall not re-detain Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i). Respondents shall not attempt to remove Petitioner to any country other than Vietnam without first providing written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3). Respondents shall reimburse Petitioner $5.00 in costs within thirty (30) days. Respondents shall file a notice of compliance within twenty-four hours.

DATED: June 1, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2